W. Donald Gieseke
Bankruptcy Trustee
18124 Wedge Pkwy., Suite 518
Reno, NV 89511
wdg@renotrustee.com
(775) 742-9107
(775) 562-8181 (fax)

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

IN RE:                                             ) BK – 10-52235
                                                   )
    DOIEL, ROBERT DEAN              ) CHAPTER 7
                                                   )
    DOIEL, NEVA JEAN                 ) **MOTION FOR AUTHORIZATION OF**
                                                   ) **SALE OF REAL PROPERTY AND**
                                                   ) **PAYMENT OF REAL ESTATE**
                                                   ) **COMMISSION AND NORMAL CLOSING**
    DEBTOR(S)                        ) **COSTS AND TAXES**
                                                   )
                                                   ) HEARING DATE: November 29, 2011
                                                   ) HEARING TIME:  10:00 a.m.
_____) TIME REQUIRED: 5 Minutes

**TO UNITED STATES BANKRUPTCY JUDGE:**

    W. DONALD GIESEKE, duly appointed and acting trustee, respectfully represents:

    1.    Debtor filed their voluntary petition for relief under Chapter 7 of Title 11 of the United States Bankruptcy code on June 9, 2010.

    2.    Debtor is owner of a certain parcel of real property listed in Schedule A of their Petition.  The property is located in Lyon County, State of Nevada and is more particularly described as follows:

> Lots 13 and 12 (thirteen and twelve) located in Ramsey Subdivision No. 6, as recorded in the office of the Lyon County Recorder on December 7,1959, under Document No. 76709 (APN's 018-502-04 and 018-502-05).  Together with any and all improvements thereon.

    3.    The Trustee has entered into, subject to Bankruptcy Court approval, an Offer and Acceptance Agreement – Vacant Land ("Offer"), a true and correct copy of which is attached as

Exhibit "A" and incorporated herein by reference, for the sale of subject property to Ida A. Shapiro in the total amount of Five Thousand Five Hundred Dollars ($5,500.00) for the 2 lots.

4. The estimate of value provided to this Court in the **EX PARTE APPLICATION OF TRUSTEE FOR ORDER APPROVING EMPLOYMENT OF REAL ESTATE AGENT** was between $8,000.00 and $12,000.00.

5. By this motion, the Trustee seeks an order approving the sale of property of the estate free and clear of liens under 11 U.S.C. Section 363(b) subject to the payment of normal closing costs and outstanding taxes, and subject to offers to purchase the property for a sales price in excess of the prospective buyer's current offer before, or at, the appointed Hearing.

6. Trustee believes the sale of the property herein is in the best interest of the estate as no offers have been received from other parties despite the marketing efforts of the Agent. However, in the event a higher offer to purchase the property before, or at, the appointed hearing is received, the following terms and conditions must be complied with:

    Minimum One Thousand Dollar ($1,000.00) deposit;

    Subject to the approval of this Court, and;

    Balance due in cash within Five (5) days following the Court hearing.

7. In order to market the real property most effectively and thereby to liquidate the same for the best and highest price, Samantha Brockelsby of Dickson Realty, a licensed real estate agent in Reno, Nevada was employed by Order of this Court on December 30, 2010 (Docket #17). Ms. Brockelsby ("Agent") advertised said property at the Agent's expense, showed the property to interested parties, represented the estate as seller in connection with the sale of the property, and advised the Trustee with respect to obtaining the highest and best offers available in the present market for said property. In addition, Ms. Brockelsby assisted in the clearing of a cloud on the title of said property. Based upon her knowledge and experience, the subject properties were listed on August 26, 2011 and advertised for sale at a total price of Six Thousand Dollars ($6,000.00).

8. It is further requested that said Agent, Samantha Brockelsby of Dickson Realty, receive a real estate agent's commission in an amount equal to Ten Percent (10%) of the gross

sales price.  In the event that the property is sold on an over bid, to a buyer not procured by the Agent employed by the applicant, said Agent will nonetheless be entitled to receive a real estate agent's commission equal to Five Percent (5%) for her services rendered in representing the estate in marketing the property

WHEREFORE, the Trustee requests the entry of an order authorizing the foregoing sale free and clear of liens other than as provided above; authorizing him to execute any and all documentation necessary on behalf of the estate to complete this transaction; authorizing payment of the real estate commission, and; granting such other and further relief as the Court deems appropriate.

DATED this 12th day of October, 2011.

*/s/ W. Donald Gieseke*

W. Donald Gieseke, Trustee

SAMPLE ORDER

W. Donald Gieseke
Bankruptcy Trustee
18124 Wedge Pkwy., Suite 518
Reno, NV 89511
wdg@renotrustee.com
(775) 742-9107
(775) 562-8181 (fax)

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | ) BK – 10-52235 |
| | ) |
| DOIEL, ROBERT DEAN | ) CHAPTER 7 |
| | ) |
| DOIEL, NEVA JEAN | ) |
| | ) |
| | ) Hearing Date: November 29, 2011 |
| DEBTOR(S) | ) Hearing Time: 10:00 a.m. |
| | ) |

**ORDER**

BASED upon the **MOTION FOR AUTHORIZATION OF SALE OF REAL PROPERTY AND PAYMENT OF REAL ESTATE COMMISSION AND NORMAL CLOSING COSTS AND TAXES**, filed on October 12, 2011 and the hearing held on November 29, 2011, due notice been afforded to all parties-in-interest and good cause appearing for approval thereof;

**IT IS HEREBY ORDERED:**

    1.    The property, described as:

Order Authorizing Sale - 1

     Lots 13 and 12 (thirteen and twelve) located in Ramsey Subdivision No. 6, as recorded in the office of the Lyon County Recorder on December 7,1959, under Document No. 76709 (APN's 018-502-04 and 018-502-05).  Together with any and all improvements thereon.

may be sold free and clear of liens pursuant to 11 U.S.C. §363(b) and further pursuant to the terms and conditions set forth in the Motion.

     2.     The Trustee is authorized to execute any and all documentation necessary on behalf of the estate to complete this transaction.

     3.     The Trustee is authorized to pay the real estate commission.

Submitted by:

*/s/ W. Donald Gieseke*

W. Donald Gieseke, Trustee

### # # #